```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
                -v-                  :      18cr41-6 (DLC)
                                     :
NAVONE DOZIER,                       :
                                     :         ORDER
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On April 11, 2022, the defendant requested reconsideration of this Court's March 21 Opinion and Order denying the defendant's March 16 motion for compassionate release. The motion for reconsideration raises largely the same arguments brought in the defendant's previous motion. The motion also purports to provide evidence relevant to the medical condition of one of his son's two primary caregivers, but no such evidence was included. In any event, the defendant fortunately comes from a large and supportive family. Accordingly, it is hereby

ORDERED that the defendant's motion is denied for the reasons stated in this Court's March 21 Opinion.

Dated:   New York, New York
         June 1, 2022

                                          _____
                                               DENISE COTE
                                          United States District Judge