```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    S2 18cr41-6(DLC)
                                         :
           -v-                           :    ORDER
                                         :
NAVONE DOZIER,                           :
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of November 16, 2022 requesting that his conviction be vacated, it is hereby

ORDERED that C.J.A. counsel Thomas Dunn is reappointed to represent the defendant for the purpose of filing any motion to vacate.

IT IS FURTHER ORDERED that the Government and defendant shall consult and submit a proposed schedule for the briefing of any motion no later than December 16, 2022.

SO ORDERED:

Dated:  New York, New York
        December 2, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge